| | | | | | |
|---|---|---|---|---|---|
| Cause #: | 2012-56941 | Court # | 189TH | Judgment Date: | 9/23/2014 |

| | | | |
|---|---|---|---|
| Volume: | | Page: | Image #: 62467531 |

| | | |
|---|---|---|
| Due Date: | 1/21/2015 | Attorney Bar No: 20056150 |

Assigned to     1ST     Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 9:09:36 AM
CHRISTOPHER A. PRINE
Clerk

Date Findings of Facts/Mtn of Modify/Mtn New Trial filed?    9/18/2014

| | |
|---|---|
| Request for Transcript Filed?   N/A | BC |
| Notice of Appeal previously filed? Y | C |
| Number of Days:   120 | OA |

File Ordered: IMAGED

Notes: Present Appellate Case No. 01-14-00969-CV

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C      Appealing Final Judgment
D -     Accelerated Appeal
OA     No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

Cause No. 2012-56941

| | | |
|---|---|---|
| BRYAN BLACK, | § | IN THE DISTRICT COURT |
| Plaintiff, | | |
| v. | § | |
| | | 189th JUDICIAL DISTRICT |
| MUHAMMAD ZAFFAR, and SMITH | § | |
| PROTECTIVE SERVICES, INC. | | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Defendant SMITH PROTECTIVE SERVICES, INC. ("Smith") files this Notice of Appeal as follows:

1.      The trial court is the 189th Judicial District Court for Harris County, Texas and the style and cause number are reflected in the style above.

2.      The Judgment from which Smith wishes to appeal, without waiving its rights to challenge the appellate court's jurisdiction, is dated September 23, 2014. Smith also wishes to appeal the Trial Court's Order denying Smith's Motion for Attorney's fees and costs, which Order was signed on December 3, 2014.

3.      This case is appealed to either the First or Fourteenth Court of Appeals. Please note the Notice of Related Case filed contemporaneously herewith.

4.      This Notice is filed by Smith Protective Services, Inc.

NOTICE OF APPEAL                                                             page 1 of 2

Respectfully submitted:

_____

Todd H. Tinker
SBN 20056150
TinkerLaw@TinkerLaw.com

Law Office of Todd H. Tinker, P.C.
P.O. Box 802606
Dallas, Texas 75380

(214) 914-3760 (Phone)
(214) 853-4328 (Fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing will be served upon all parties and/or counsel upon whom service is required pursuant to the Texas Rules of Civil Procedure as set forth below on December 10th, 2014.

_____
Todd H. Tinker

Via Email
Patrick G. Hubbard, Esq
phubbard@patrickhubbardlaw.com

CASE NUM: 201256941__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: MALICIOUS PROSECUTION          CASE STATUS: CASE ON APPEAL
STYLE: BLACK, BRYAN                     VS ZAFFAR, MUHAMMAD
===============================================================================
                    **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00014-0001 PLT 10139500 BLACK, BRYAN                      HUBBARD, PATR
_     00013-0001 DEF 19896100 KINGSHILL, CAROL            D     THOMISEE, JOH
_     00012-0001 DEF 19896100 VIVEIROS, SHIRLEY           D     THOMISEE, JOH
_     00011-0001 DEF 19896100 HINMAN, CARLA               D     THOMISEE, JOH
_     00010-0001 DEF 19896100 RYAN, WILLIAM FRANCIS       D     THOMISEE, JOH
_     00009-0001 DEF 19896100 BLAKE, GEORGE DAVID         D     THOMISEE, JOH
_     00008-0001 AGT          THE OAKS CONDOMINIUM ASSOCIATI  D
_     00007-0001 DEF 19896100 THE OAKS CONDOMINIUM ASSOCIATI  D THOMISEE, JOH

==> (14) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201256941__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: MALICIOUS PROSECUTION          CASE STATUS: CASE ON APPEAL
STYLE: BLACK, BRYAN                     VS ZAFFAR, MUHAMMAD
===============================================================================
                    **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00006-0001 AGT          THE OAKS OF WOODLAKE (A COMPAN
_     00005-0001 AGT          SMITH PROTECTIVE INC (A CORPOR
_     00004-0001 DEF          THE OAKS OF WOODLAKE (A COMPAN
_     00003-0001 DEF 20056150 SMITH PROTECTIVE SERVICES INC   D  TINKER, T. H.
_     00002-0001 DEF          ZAFFAR, MUHAMMAD                  PRO-SE
_     00001-0001 PLT 10139500 BLACK, BRYAN                      HUBBARD, PATR



==> (14) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201256941__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: MALICIOUS PROSECUTION          CASE STATUS: CASE ON APPEAL
STYLE: BLACK, BRYAN                     VS ZAFFAR, MUHAMMAD
===============================================================================
                    **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP